■ BREWERY WORKERS PENSION FUND et al., Respondents, v NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND et al., Appellants.—In an action for a declaratory judgment and for specific performance of a certain agreement, defendants appeal from a judgment and order (one paper) of the Supreme Court, Queens County, dated April 29, 1975, which, *inter alia,* granted plaintiffs' motion for summary judgment. Judgment and order affirmed, with $20 costs and disbursements. There are no issues

*requiring a trial.* Hopkins, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur.